**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

M.E.B.,                                  :   No. 393 MAL 2016
                                         :
      Respondent               :
                                         :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court
    v.                          :
                                         :
                                         :
J.D.J.,                                  :
                                         :
      Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.